# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARYN SACCHITELLA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CENTER FOR AUTISM AND RELATED DISORDERS, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:23−cv−00914−DOC−ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  5/30/2023      11       Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice  
Date Filed    Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Local Rule 5−4.3.4 Application not hand−signed.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 31, 2023         By: /s/ *Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov*  
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

  Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.